No. 75.—PSALMONDS, plaintiff in error, *vs.* BARKSDALE, defendant in error.

Motion to dismiss writ of error.

Mr. CONE, for the defendant in error, moved to dismiss the writ of error in this case, on the ground that the security on the appeal of Barksdale, was not made a party ; and cited 2 *Kelly R.* 349, 287, 409, 440.

Mr. REESE, for the plaintiff in error.

### PER CURIAM.

" It is ordered by the Court, that the above cause be dismissed, upon the ground of *non joinder* in the writ of error of the security on appeal."